EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
NICHOLAS P. HONKAMP, CA Bar No. 261299
  nhonkamp@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET
SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:  415.434.4507

Attorneys for Defendant
ARCH INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC; CENTURION REAL ESTATE INVESTORS IV, LLC; MISSION PLACE, LLC; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>ARCH INSURANCE COMPANY,<br><br>Defendant. | Case No. 3:16-cv-00218-VC<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE SUMMARY JUDGMENT MOTION HEARING DEADLINE AND DISCOVERY CUT-OFF DATES**<br>AS MODIFIED |

Pursuant to Local Rule 6-2, Plaintiffs Centurion Real Estate Partners, LLC, Centurion Real Estate Investors IV, LLC, Mission Place, LLC, American Guarantee & Liability Insurance Company, Zurich American Insurance Company and Westchester Surplus Lines Insurance Company (collectively the "Plaintiffs") and Defendant Arch Insurance Company ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby stipulate as follows:

**RECITALS**

1. On April 12, 2016, this Court issued a minute order which set the following litigation deadlines:

    - September 2, 2016 - discovery cutoff for issues of the duty to defend and indemnify;
    - September 2, 2016 - expert discovery cutoff; and
    - October 20, 2016 – motion for summary judgment deadline regarding the duty to defend and indemnify.

2. The minute order issued by this Court on April 12, 2016, was the first order issued in this case setting litigation deadlines, and the instant stipulation is the first request by the Parties to extend these deadlines.

3. The Court has not yet set a trial date in this matter.

4. On May 10, 2016, this Court entered an order adopting the Parties' stipulation to complete private mediation by November 6, 2016, which falls after the current summary judgment hearing deadline (October 20, 2016).

5. The Parties are actively engaged in settlement discussions, with each Party having already exchanged settlement positions supported by law and fact. Plaintiffs have provided Arch with a formal settlement demand and Arch is in the process of responding . Further, the Parties are currently in discussions to schedule a private mediation in the short term.

6. The Parties have completed disclosures and are now engaged in written discovery.

Plaintiffs have determined that there are over 100 gigabytes (one million pages) worth of potentially relevant documents relating to the underlying liability action, which was litigated over the course of 10 years.  The Parties recognize that substantial time and resources will have to be devoted written and document discovery in order to reach resolution, and even more so if this litigation proceeds to dispositive motions or trial.

7. The Parties agree that a 60-day continuance of the discovery cut-off dates and motion for summary judgment deadline will allow the Parties sufficient time to evaluate the voluminous documentary evidence to finalize their respective settlement positions, will afford the Parties sufficient time to evaluate voluminous documentary evidence to define expert witnesses, will allow the Parties sufficient time to complete discovery, will allow the Parties to defer significant costs, which, in turn, will increase the prospects of settlement at this stage in the litigation, will not adversely impact trial scheduling in this case, and will help will serve the interests of judicial economy, and will potentially conserve Party and Court resources.

**STIPULATION**

NOW, THEREFORE, the Parties hereby stipulate and agree, through their respective counsel, as follows:

1. The discovery cutoff for issues of the duty to defend and indemnity is extended to November 1, 2016.

2. The expert discovery cutoff is extended to November 1, 2016.

3. The deadline for hearings on motions for summary adjudication on the duty to defend or indemnify is extended to December 15, 2016.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION AND PROPOSED ORDER TO CONTINUE
-2-     Case No. 3:16-cv-00218-VC

4843-8991-8773.1

1    **IT IS SO STIPULATED**

Dated: July 29, 2016
                                 */s/ Nicholas P. Honkamp*
                                 NICHOLAS P. HONKAMP
                                 Attorney for Defendant
                                 ARCH INSURANCE COMPANY

Dated: July 29, 2016
                                 */s/ Christine Fierro*
                                 CHRISTINE FIERRO
                                 Attorney for Plaintiffs

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: August 2, 2016

                                 HONORABLE
                                 United Sta[tes]

*[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Vince Chhabria]*

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this Stipulation has been obtained from all signatories to the Stipulation.

Dated: July 29, 2016
                                 */s/ Nicholas P. Honkamp*
                                 NICHOLAS P. HONKAMP
                                 Attorney for Defendant
                                 ARCH INSURANCE COMPANY