UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>ARCH INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No.  16-cv-00218-VC<br><br>**ORDER TO SHOW CAUSE** |

　　The plaintiffs are ordered to show cause why this case should not be dismissed for failure to allege subject-matter jurisdiction; namely, the citizenship of the constituent members of the LLC plaintiffs.  *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The plaintiffs should file a written response no later than Friday, February 3 at 5:00 PM.  Any response from the defendant may also be filed by the same deadline.

　　**IT IS SO ORDERED.**

Dated: January 31, 2017

_____
VINCE CHHABRIA
United States District Judge