1  EILEEN R. RIDLEY, CA Bar No. 151735
     eridley@foley.com
2  NICHOLAS P. HONKAMP, CA Bar No. 261299
     nhonkamp@foley.com
3  ANTHONY JAMES DUTRA, CA Bar No. 277706
     adutra@foley.com
4  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
5  SAN FRANCISCO, CA 94104-1520
   TEL: 415.434.4484  FAX: 415.434.4507

6  KIMBERLY A. KLINSPORT, CA Bar No. 259018
7    kklinsport@foley.com
   **FOLEY & LARDNER LLP**
8  555 SOUTH FLOWER STREET, SUITE 3500
   LOS ANGELES, CA 90071-2411
9  TEL: 213.972.4500  FAX: 213.486.0065

10 *Attorneys for Defendant*
   *ARCH INSURANCE COMPANY*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC; CENTURION REAL ESTATE INVESTORS IV, LLC; MISSION PLACE, LLC; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, <br><br> Plaintiffs, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, <br><br> Defendant. | Case No. 3:16-cv-00218-VC <br><br> **DECLARATION OF KIM WEST IN SUPPORT OF DEFENDANT ARCH INSURANCE COMPANY'S MOTION FOR PARTIAL SUMMARY JUDGMENT** <br><br> *[Notice of Motion and Motion; Memorandum of Points and Authorities, Declaration of Jeremy Moen, Declaration of Kimberly Klinsport and [Proposed] Order filed concurrently herewith]* <br><br> JUDGE: HON. VINCE G. CHHABRIA |

# DECLARATION OF KIM WEST

I, Kim West, declare as follows:

1. I am a partner at the law firm Clyde & Co. I am admitted to practice law in California and in federal district court for the Northern District of California. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. Prior to joining Clyde & Co., I was a named partner at the law firm Tucker Ellis West, LLP, which has subsequently been renamed Tucker Ellis, LLP.

3. While at Tucker Ellis West, LLP, I represented Defendant Arch Insurance Company ("Arch") as coverage counsel for the following three lawsuits filed against Arch's insureds, Plaintiffs Mission Place, LLC, Centurion Real Estate Investors IV, LLC, and Centurion Real Estate Partners, LLC (the "Insured Plaintiffs"): *Zucker, et al. v. Catellus Development Corporation, et al.*, San Francisco Superior Court Case No. CGC-06-455352 ("*Zucker I*"); *Zucker, et al. v. Catellus Development Corporation, et al.*, San Francisco Superior Court Case No. CGC-08-471272 ("*Zucker II*"); and *Beacon Residential Community Association v. Catellus Third and King, LLC, et al.*, San Francisco Superior Court Case No. CGC-08-478453 ("*Beacon*") (collectively, the "Underlying Actions"). William J. Lutz, another attorney at Tucker Ellis West, LLP assisted me.

4. I continued to represent Arch as coverage counsel in the Underlying Actions upon joining Clyde & Co. Mr. Lutz also joined Clyde & Co. and continued to assist me.

5. Peter Laufenberg, coverage counsel for the Insured Plaintiffs in the Underlying Actions, and his colleagues frequently communicated with Mr. Lutz and me about the issues in and status of the Underlying Actions. I did not have any direct communications with the Insured Plaintiffs during the pendency of the Underlying Actions, nor am I aware of Mr. Lutz having any direct communications with the Insured Plaintiffs during the pendency of the Underlying Actions. I did not have any direct communications with Haight Brown & Bonesteel LLP related to the Underlying Actions, nor am I aware of Mr. Lutz having any direct communications with Haight Brown & Bonesteel related to the Underlying Actions.

6. Mr. Laufenberg informed us that two of the Insured Plaintiffs' CGL carriers, Plaintiffs Zurich American Insurance Company and Westchester Surplus Lines Insurance Company, had assumed

4851-9029-3837.2

the Insured Plaintiffs' defense in the Underlying Actions.

7. During the course of the Underlying Actions, Mr. Laufenberg instructed us that Arch should "fly under the radar" and not make its presence known in the Underlying Actions.

8. The Insured Plaintiffs never requested in writing that Arch advance defense costs for any of the Underlying Actions. Attached hereto as Exhibit 1 is a true and correct copy of a March 2, 2010 email from Mr. Laufenberg to Mr. Lutz and me in which Mr. Laufenberg confirms that the Insured Plaintiffs had not requested that Arch advance defense costs in *Zucker I* or *Zucker II*.

9. The Insured Plaintiffs never sent copies of invoices for any attorneys' fees or costs related to the Underlying Actions to me, nor am I aware of Mr. Lutz ever receiving copies of invoices for any attorneys' fees or costs related to the Underlying Actions from the Insured Plaintiffs.

10. In the Spring of 2013, Mr. Lutz and I stopped receiving communications regarding the Underlying Actions from Mr. Laufenberg and his colleagues.

11. Approximately two years later, on or about April 20, 2015, communications with Mr. Laufenberg regarding the Underlying Actions resumed. On April 20, 2015, Mr. Laufenberg emailed Mr. Lutz, informing him that a settlement in *Beacon* may be imminent. Mr. Lutz made me aware of Mr. Laufenberg's April 20, 2015 on or about the same day. A true and correct copy of that email is attached hereto as Exhibit 2.

12. Arch offered to contribute $250,000 to settle *Beacon* while the parties to the Underlying Actions were still involved in settlement negotiations.

13. The Insured Plaintiffs refused Arch's offer and chose to settle the case without Arch's contribution.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on _August 30_, 2017, at San Francisco, California.

_____
Kim West

**PROOF OF SERVICE Electronic Filing**

I HEREBY CERTIFY that on October 12, 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the Electronic Service List for this case.

*/s/ Eileen R. Ridley*
Eileen R. Ridley