# EXHIBIT 1

**EXHIBIT 1**

| | |
|---|---|
| **From:** | Peter Laufenberg <PLaufenberg@wendel.com> |
| **Sent:** | Tuesday, March 2, 2010 3:44 PM |
| **To:** | West, Kim <Kim.West@tuckerellis.com>; Lutz, William J. <William.Lutz@TuckerEllis.com> |
| **Subject:** | The Mark Co. - Claim No. 27873 Your File No. 10177-00007 |

Dear Bill and Kim:

Following up on my call of a few minutes ago with Bill, we need to make arrangements for TMC's defense in the Zucker II action. TMC has an extension of time to respond to the Zucker II complaint until 14 days after Judge Warren rules on the demurrers, motions to strike, and motions for sanctions filed by other defendants and that were heard on 2/25/10. Judge Warren has asked the parties to submit their "dream orders" by March 19, 2010. Assuming it takes Judge Warren a couple of weeks to issue his order, we expect TMC's response will be due sometime in April 2010.

Because of our history and familiarity with this somewhat complicated case, we propose that our firm represent TMC. Our hourly rates for the attorneys working on this matter range from $325 - $525/hour.

Bill mentioned a $75,000 deductible. Our position is that any deductible has been satisfied many times over. Only part of Mission Place LLC's defense fees and costs have been paid by CGL insurers in the Zucker I and Zucker II actions. Those suits involve the same alleged Wrongful Acts or Interrelated Wrongful Acts as the claims against TMC and the TMC demand. So the TMC demand is not a new claim. The fact that Mission Place LLC has not yet insisted that Arch pay part of its defense fees in Zucker I and Zucker II (because to do so would wear down policy limits) doesn't mean that the policyholder hasn't already paid its deductible.

Please confirm that Arch considers the deductible satisfied and that Arch has no objection to WRBD representing TMC, and will reimburse for fees and costs incurred in doing so in accordance with the policy and subject to your reservation of rights letters. Thanks.


Regards,
Peter

_____

Peter J. Laufenberg, Esq.
Wendel Rosen Black & Dean, LLP
1111 Broadway, 24th Floor
Oakland, CA 94607
Ph. 510-834-6600
Fx. 510-808-4667
plaufenberg@wendel.com

This e-mail message is confidential, is intended only for the named recipient(s) above, and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not a named recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail is strictly prohibited. If you have received this message in error, please immediately notify the sender by return e-mail and delete this e-mail message from your computer. Thank you.

***********************************************************************************************************************************

IRS Circular 230 Disclosure: As required by U.S. Treasury Regulations governing tax practice, you are hereby advised that any written tax advice contained herein was not written or intended to be used (and cannot be used) by any taxpayer for the purpose of avoiding penalties that may be imposed under the U.S. Internal Revenue Code.

***********************************************************************************************************************************

MP035872

# EXHIBIT 2

**EXHIBIT 2**

| | |
|---|---|
| **From:** | Peter Laufenberg <PLaufenberg@wendel.com> |
| **Sent:** | Monday, April 20, 2015 9:11 AM |
| **To:** | Bill J. Lutz <William.Lutz@TuckerEllis.com> |
| **Subject:** | Beacon |

Bill,

I didn't mention it on Friday but there is an opportunity for a separate settlement between the HOA and ithe Mission Place defendants. There is a meeting with plaintiffs counsel Tuesday morning. I would like to discuss this with you at your soonest opportunity. I may well be requesting Arch's consent, approval, and at least a 50-60% 50 funding contribution.

I'm in a conference in Monterey today so I'll need to call you. Let me know when you're available.

Peter
510-622-7638 (desk) 510-823-5983 (cell)

Peter Laufenberg | **Wendel Rosen Black & Dean LLP**
Direct 510.622.7638 | Main 510.834.6600
1111 Broadway, 24th Floor | Oakland, CA 94607 email *plaufenberg@wendel.com*