AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| Centurion Real Estate Partners, LLC, et al. ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 3:16-cv-0218-VC |
| Arch Insurance Company ) | |
| *Defendant* ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiffs Centurion Real Estate Partners, LLC; Centurion Real Estate Investors IV, LLC; Mission Place, LLC; Zurich American Insurance Company; American Guarantee & Liability Insurance Company; and Westchester Surplus Lines Insurance Company collectively recover from defendant Arch Insurance Company $120,751.14. Plaintiffs are not entitled to prejudgment interest or costs. Plaintiffs are entitled to post judgment interest at a rate of 2.444% per annum. Defendant to recover costs incurred after January 9, 2018 from plaintiffs Centurion Real Estate Partners, LLC; Centurion Real Estate Investors IV, LLC; Mission Place, LLC; Zurich American Insurance Company; American Guarantee & Liability Insurance Company; and Westchester Surplus Lines Insurance Company. Arch Insurance Company to submit a bill of costs within 14 days of entry of judgment.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☒ tried by Judge Vincent Chhabria _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date: _____                    *CLERK OF COURT*

                                                 _____
                                                 *Signature of Clerk or Deputy Clerk*

