1  EILEEN R. RIDLEY, CA Bar No. 151735
      eridley@foley.com
2  ANTHONY JAMES DUTRA, CA Bar No. 277706
      adutra@foley.com
3  **FOLEY & LARDNER LLP**
   555 CALIFORNIA STREET, SUITE 1700
4  SAN FRANCISCO, CA 94104-1520
   TEL: 415.434.4484  FAX: 415.434.4507
5
   KIMBERLY A. KLINSPORT, CA Bar No. 259018
6     kklinsport@foley.com
   **FOLEY & LARDNER LLP**
7  555 SOUTH FLOWER STREET, SUITE 3500
   LOS ANGELES, CA 90071-2411
8  TEL: 213.972.4500  FAX: 213.486.0065

9  *Attorneys for Defendant*
   *ARCH INSURANCE COMPANY*
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC; CENTURION REAL ESTATE INVESTORS IV, LLC; MISSION PLACE, LLC; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY, <br><br>            Plaintiffs, <br><br> vs. <br><br> ARCH INSURANCE COMPANY, <br><br>            Defendant. | Case No. 3:16-cv-00218-VC <br><br> **DECLARATION OF ANTHONY J. DUTRA IN SUPPORT OF DEFENDANT ARCH INSURANCE COMPANY'S PROPOSED JUDGMENT** <br><br><br> JUDGE: HON. VINCE G. CHHABRIA |

### **DECLARATION OF ANTHONY J. DUTRA**

I, Anthony J. Dutra, declare as follows:

1. I am an attorney duly licensed to practice law before the courts of the State of California and admitted to practice in this District. I am Special Counsel with the law firm of Foley & Lardner LLP, counsel of record for Defendant Arch Insurance Company ("Arch") in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would competently testify thereto.

2. On January 9, 2018, I served on counsel for Plaintiffs a copy of Defendant Arch Insurance Company's Offer of Judgment to Plaintiffs Centurion Real Estate Partners, LLC; Centurion Real Estate Investors IV, LLC; Mission Place, LLC; American Guarantee & Liability Insurance Company; Zurich American Insurance Company; and Westchester Surplus Lines Insurance Company ("Offer of Judgment"). A true and correct copy of the Offer of Judgment is attached hereto as **Exhibit A**.

3. In its Offer of Judgment, Arch offered, "pursuant to Fed. R. Civ. P. 68, to allow entry of judgment against Defendant in favor of Plaintiffs in the amount of $490,000.00." Offer of Judgment ¶ 1.

4. Plaintiffs did not serve Arch with written notice accepting the offer within 14 days of January 9, 2018 or at any time afterward.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on August 24, 2018, at San Francisco, California.

_____
ANTHONY J. DUTRA