# EXHIBIT A

EILEEN R. RIDLEY, CA Bar No. 151735
  eridley@foley.com
NICHOLAS P. HONKAMP, CA Bar No. 261299
  nhonkamp@foley.com
ANTHONY J. DUTRA, CA Bar No. 277706
  adutra@foley.com
**FOLEY & LARDNER LLP**
555 CALIFORNIA STREET, SUITE 1700
SAN FRANCISCO, CA 94104-1520
TELEPHONE: 415.434.4484
FACSIMILE:   415.434.4507

KIMBERLY A. KLINSPORT, CA Bar No. 259018
  kklinsport@foley.com
**FOLEY & LARDNER LLP**
555 SOUTH FLOWER STREET, SUITE 3500
LOS ANGELES, CA 90071-2411
TEL: 213.972.4500  FAX: 213.486.0065

*Attorneys for Defendant ARCH INSURANCE COMPANY*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC; CENTURION REAL ESTATE INVESTORS IV, LLC; MISSION PLACE, LLC; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; WESTCHESTER SURPLUS LINES INSURANCE COMPANY,<br><br>              Plaintiffs,<br><br>       vs.<br><br>ARCH INSURANCE COMPANY,<br><br>              Defendants. | Case No. 3:16-cv-00218-VC<br><br>**DEFENDANT ARCH INSURANCE COMPANY'S OFFER OF JUDGMENT TO PLAINTIFFS CENTURION REAL ESTATE PARTNERS, LLC; CENTURION REAL ESTATE INVESTORS IV, LLC; MISSION PLACE, LLC; AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY; ZURICH AMERICAN INSURANCE COMPANY; AND WESTCHESTER SURPLUS LINES INSURANCE COMPANY**<br><br>JUDGE:   HON. VINCE G. CHHABRIA |

# **OFFER OF JUDGMENT**

Pursuant to Fed. R. Civ. P. 68, Defendant Arch Insurance Company ("Defendant"), hereby makes the following Offer of Judgment in the above-captioned case on all claims brought by Plaintiffs Centurion Real Estate Partners, LLC; Centurion Real Estate Investors IV, LLC; Mission Place, LLC; American Guarantee & Liability Company; Zurich American Insurance Company; and Westchester Surplus Lines Insurance Company (collectively "Plaintiffs") against Defendant in Plaintiffs' Complaint:

1. Defendant hereby offers, pursuant to Fed. R. Civ. P. 68, to allow entry of judgment against Defendant in favor of Plaintiffs in the amount of $490,000.00 (four hundred and ninety thousand dollars and no cents). This amount is inclusive of all costs, interest, attorneys' fees, and other expenses accrued to date in conjunction with this case.

2. This Offer of Judgment is made to resolve, fully and finally, all claims asserted against Defendant by each of the Plaintiffs in the Complaint, including without limitation, any and all claims for damages, punitive damages, liquidated damages, attorney's fees, expenses, costs, interest, and other relief sought.

3. This Offer of Judgment is made for the purposes specified in Fed. R. Civ. P. 68 and is not to be construed as an admission that Defendant is liable in this case or that any damage has been suffered.

4. This Offer of Judgment is conditioned upon the acceptance by all six of the Plaintiffs. Acceptance of this Offer of Judgment by less than all six of the Plaintiffs shall be deemed a rejection of this Offer of Judgment by each of the Plaintiffs.

5. Pursuant to Fed. R. Civ. P. 68, Plaintiffs have fourteen (14) days to accept this Offer of Judgment in writing.

///
///
///
///
///

6. In making this Offer of Judgment, Defendant directs Plaintiffs' attention to the provision of Rule 68 that provides that if Plaintiffs do not accept this Offer of Judgment and "the judgment that the [Plaintiffs] finally obtain[] is not more favorable than the unaccepted offer, [Plaintiffs] must pay the costs incurred after the offer was made." Fed. R. Civ. P. 68(d).

DATED: January 9, 2018

**FOLEY & LARDNER LLP**
Eileen R. Ridley
Nicholas P. Honkamp
Anthony J. Dutra
Kimberly A. Klinsport

*/s/ Kimberly A. Klinsport*
Kimberly A. Klinsport
FOLEY & LARDNER LLP
555 California Street, Suite 1700
San Francisco, CA 94104-1520
Telephone: 415.434.4484
Facsimile: 415.434.4507
Email: eridley@foley.com
*Attorneys for Defendant*
*ARCH INSURANCE COMPANY*