UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTURION REAL ESTATE PARTNERS, LLC, et al., | 16-cv-00218-VC |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| ARCH INSURANCE COMPANY, | |
| Defendant. | |

Judgment is entered in favor of the plaintiffs and against the defendant.  The defendant is ordered to pay the plaintiffs $120,751.14.  Because the parties disputed factual issues related to allocation, the defendant's share of the plaintiffs' loss was not "certain, or capable of being made certain by calculation" and the plaintiffs are not entitled to prejudgment interest.  Cal. Civ. Code § 3287(a); *State of California v. Cont'l Ins. Co.*, 15 Cal. App. 5th 1017, 1042 (Ct. App. 2017), *review denied* (Dec. 20, 2017).  The plaintiffs are entitled to postjudgment interest at a rate of 2.444% per annum.  28 U.S.C. § 1961.  The defendant's arguments regarding costs are premature.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated:  August 31, 2018

_____
VINCE CHHABRIA
United States District Judge